AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

UNITED STATES DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 3 0 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

NITIN KUMAR

CASE NUMBER: 6:08-cr-60015-001

    I, Nitin Kumar, the above named defendant, who is accused of: Fraud and Related Activity in Connection with Access Devices, a violation of 18 U.S.C. § 1029(a)(3) and 18 U.S.C. § 1029(c)(1)(A) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _October 30, 2008_ prosecution by indictment and
                                                                   Date

consent that the proceeding may be by information rather than indictment.

_____
**Defendant**

_____
**Counsel for Defendant**

Before _____
        *Judicial Officer*

FORMS\WAIVER.IND