IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 3 0 2008

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 6:08-cr-60015-001 |
| | ) | |
| NITIN KUMAR | ) | |

## INFORMATION

The United States Attorney Charges:

On or about April 2, 2008, in the Western District of Arkansas, Hot Springs Division, the defendant, **NITIN KUMAR**, knowingly and with the intent to defraud possessed more than fifteen unauthorized credit cards; in violation of Title 18 U.S.C. § 1029(a)(3), Title 18 U.S.C. § 1029(c)(1)(A).

ROBERT C. BALFE
UNITED STATES ATTORNEY

By: _____ for

Clay Fowlkes
Assistant U. S. Attorney
Arkansas Bar No. 2003191
P. O. Box 1524
Fort Smith, AR 72902
(479) 783-5125