IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 30 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
vs. ) No. 6:08CR60015-001
)
NITIN KUMAR )

## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States Attorney for the Western District of Arkansas and for his petition, states:

1. That Nitin Kumar, defendant herein, is now confined in the Clark County, Arkansas Jail, and is being held by the Sheriff thereof.

2. It is requested that said defendant be brought before the United States District Court, Western District of Arkansas, Hot Springs, Arkansas, for proceedings on the charges now pending against him and said defendant then be returned to the above named institution at the conclusion of all proceedings in the above named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

United States Marshal for the Western District of Arkansas
Sheriff, Clark County, Arkansas

requiring them to produce the body of the said defendant before this Court, Hot Springs, Arkansas, on October 30, 2008 at 1:00 p.m.

By:

Robert C. Balfe
United States Attorney

Clay Fowlkes
Assistant U. S. Attorney
Arkansas Bar No. 2003191
P.O. Box 1524
Fort Smith, AR 72902
(479) 783-5125

IT IS SO ORDERED THIS
27th DAY OF OCTOBER, 2008.

JAMES R. MARSCHEWSKI
U.S. MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 27 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK