U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 0 6 2009

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_Hot Springs_ DIVISION

CRIMINAL NO. _08-60015-001_

COURT PERSONNEL:

Judge _Robert T. Dawson_

Magistrate _____

Clerk _Doris Gischke_

Reporter _Rick Congdon_

Recorder _____

USA v. _Nitin Kumar_

APPEARANCES: _Ken Elser for_

Govt. _Clay Fowlkes_

Deft. _Travis Berry_

( ✓ ) Ret.   ( ) App't.   ( ) Waived

## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and
with/without counsel for sentencing.

( ✓ ) Court determined that defendant and counsel have had opportunity
     to read and discuss presentence investigation report
( ) Presentence investigation report reviewed in open court
( ) Evidence presented pursuant to Rule 32, F.R.Cr.P.:

_Total Offense Level 10; Criminal History 1_

_____

_____

_____

( ✓ ) Counsel for defendant afforded opportunity to speak on behalf of
     defendant
( ✓ ) Defendant afforded opportunity to make statement and present
     information in mitigation of sentence
( ✓ ) Attorney for government afforded opportunity to make statement
     to court
( ✓ ) Court proceeded to impose sentence as follows:

_Credit for time served_

_36 Supervised release to follow_

_$100 Special Assessment_

_$99,148.89 Restitution Joint + severally with codefendant_

_____

Criminal No. _Ob-6001S-00_

( ) ~~Defendant~~ ordered to comply with general conditions of ~~probation/~~
supervised release
( ) Defendant ordered to comply with following special conditions of
probation/supervised release:

_____
_____
_____
_____
_____
_____

( ) Defendant ordered to pay total special assessment of $_____,
for count(s) _____, which shall be due ( ) immediately

( ) as follows: _____

On motion of government, count(s) _____ of indictment/
information are dismissed

( ) Defendant advised of right to appeal proceedings
(✓) Defendant advised of right to appeal sentence imposed
( ) Defendant advised of right to apply for leave to appeal
in forma pauperis

( ) Defendant permitted to remain on present bond and surrender
_____

(✓) Defendant remanded to custody of _USMS_____

( ) Court recommended confinement at _____
_____

DATE: _2-6-2009_____          Proceeding began: _9:04 AM_____
TAPES: _____                   ended: _9:16 AM_____

(Rev. 10/91)                                     Page 2 of 2